UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-138-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HYO SUK GEORGE | MOTION TO CONTINUE<br>ARRAIGNMENT |

NOW COMES the defendant, through counsel, without objection from Assistant United States Attorney Sebastian Kielmanovich, and moves to continue the defendant's arraignment, currently scheduled for the October term to the Court's next term.

In support of this motion, defense counsel respectfully informs the Court that she needs additional time to consult with the defendant, review the discovery, and investigate the charges, and that this continuance is in the best interests of both the Government and the Defendant.

Respectfully requested this 3rd of October, 2018.

        G. ALAN DuBOIS
        Federal Public Defender

        */s/ Sherri Royall Alspaugh*
        SHERRI ROYALL ALSPAUGH
        First Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236

Fax: 919-856-4477  
E-mail: Sherri_Alspaugh@fd.org  
N.C. State Bar No. 17581  
LR 57.1 Counsel  
Appointed  

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEBASTIAN KIELMANOVICH  
Assistant United States Attorney  
Suite 800, Federal Building  
310 New Bern Avenue  
Raleigh, NC 27601-1461  

by electronically filing the foregoing with the Clerk of Court on October 3, 2018, using the CM/ECF system which will send notification of such filing to the above.

This the 3rd day of October, 2018.

/s/ Sherri Royall Alspaugh  
SHERRI ROYALL ALSPAUGH  
First Assistant Federal Public Defender  
Attorney for Defendant  
Office of the Federal Public Defender  
150 Fayetteville Street, Suite 450  
Raleigh, North Carolina 27601  
Telephone: 919-856-4236  
Fax: 919-856-4477  
E-mail: Sherri_Alspaugh@fd.org  
N.C. State Bar No. 17581  
LR 57.1 Counsel  
Appointed