PROB 13C
(10/76)

FILED IN OPEN COURT
ON 1/17/2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT _____NORTH CAROLINA_____

**Defendant's Waiver of Preparation of Presentence Investigation and Report**

I, _____Hyo Suk George - 7:18-CR-138-1BO_____, hereby waive
(Name of Defendant)
my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

_____1-17-19_____                    _____[signature]_____
(Date)                                  (Signature of Defendant)

_____1/17/19_____                    _____[signature]_____
(Date)                                  (Defendant's Attorney)